**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6173**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

BILLY RAY DICKERSON, JR.,

        Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:17-cr-00203-TDS-1)

Submitted:  May 27, 2021                      Decided:  June 14, 2021

Before MOTZ, WYNN and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Billy Ray Dickerson, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Ray Dickerson, Jr., appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Dickerson's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review). Accordingly, we deny Dickerson's motion to appoint counsel and affirm for the reasons stated by the district court. *United States v. Dickerson*, No. 1:17-cr-00203-TDS-1 (M.D.N.C. Jan. 14, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*